435 A.2d 924

Commonwealth v. Patrick, Appellant.

Submitted December 5, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

435 A.2d 925

Commonwealth v. Pelzer, Appellant.

Submitted June 24, 1981. Gary P. Heslin, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Judgment of sentence affirmed.